

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-18-00109-CV

Robin **BROWN**,
Appellant

v.

Terry **FASELER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04701
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant's brief was originally due on July 2, 2018. We granted appellant an extension until August 1, 2018 to file the brief. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, on or before **August 27, 2018**, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court